The judgment is reversed and the cause remanded.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of assault with intent to murder. Punishment was assessed at two years in the penitentiary.

The record on appeal does not reflect that appellant has been sentenced in the trial court. Where no sentence has been pronounced in the trial court, this court is without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.

**Arnulfo AGUIRRE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27090.**

Court of Criminal Appeals of Texas.

Oct. 20, 1954.

**Doris DANGERFIELD, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27068.**

Court of Criminal Appeals of Texas.

Oct. 20, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of possessing wine and beer for the purpose of sale, in a dry area. Appellant waived a trial by jury and entered her plea of guilty before the court. Punishment was assessed at a fine of $100.

The record is brought forward without a statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.